UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Robert Smith
                                Plaintiff,

v.                                                               Case No.: 1:11–cv–09147
                                                                Honorable Robert M. Dow Jr.

Rosebud Farmstand, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 15, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Jury trial held. Jury deliberations concluded and jury verdict returned. The jury unanimously finds and awards as follows: Claim I: Section I, Liability – (Sexual Harassment – Title VII) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II, compensatory damages award in the amount of $250,000.00; Part B, punitive damages award in the amount of $500,000.00. Claim 2: Section I, Liability – (Racial Harassment – Section 1981) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II, compensatory damages award in the amount of $;250,000.00; Part B, punitive damages award in the amount of $500,000.00. Claim 3: Section I, Liability – (Retaliation) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II compensatory damages award in the amount of $250,000.00; Part B, punitive damages award in the amount of $500,000.00. Claim 4: Section I, Liability – (Illinois Gender Violence Act) as to Defendant Carlos Castaneda: for the Plaintiff Robert Smith; Section II, compensatory damages award in the amount of $50,000.00; Part B, punitive damages award in the amount of $100,000.00. Claim 4: Section I, Liability – (Illinois Gender Violence Act) as to Defendant Roque Mendoza: for the Plaintiff Robert Smith; Section II, compensatory damages award in the amount of $2,500.00; Part B, punitive damages award in the amount of $5,000.00. A further status hearing is set for 1/5/2016 at 9:45 a.m. to discuss phase II of this case. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.