# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Robert Smith,

Plaintiff(s),

v.

Rosebud Farmstand, Rocky Mendoza and Carlos Castaneda,

Defendant(s).

Case No. 11-cv-9147
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Robert Smith
and against defendant(s) Rosebud Farmstand, Rocky Mendoza and Carlos Castaneda
in the amount of $ The jury unanimously finds and awards as follows: Claim I: Section I, Liability - (Sexual Harassment - Title VII) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II, compensatory damages award in the amount of $250,000.00; Part B, punitive damages award in the amount of $500,000.00. Claim 2: Section I, Liability - (Racial Harassment - Section 1981) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II, compensatory damages award in the amount of $250,000.00; Part B, punitive damages award in the amount of $500,000.00. Claim 3: Section I, Liability - (Retaliation) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II compensatory damages award in the amount of $250,000.00; Part B, punitive damages award in the amount of $500,000.00. Claim 4: Section I, Liability - (Illinois Gender Violence Act) as to Defendant Carlos Castaneda: for the Plaintiff Robert Smith; Section II, compensatory damages award in the amount of $50,000.00; Part B, punitive damages award in the amount of $100,000.00. Claim 4: Section I, Liability - (Illinois Gender Violence Act) as to Defendant Roque Mendoza: for the Plaintiff Robert Smith; Section II, compensatory damages award in the amount of $2,500.00; Part B, punitive damages award in the amount of $5,000.00.

The Court awards Plaintiff $69,761.80 in back pay and $19,894.77 in prejudgment interest. ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other: _____

This action was *(check one)*:

☒ tried by a jury with Judge Robert M. Dow presiding, and the jury has rendered a verdict.
☐ tried by Judge ____ without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion

Date: 9/16/2016                                Thomas G. Bruton, Clerk of Court

                                               C. Hoesly , Deputy Clerk