# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Robert Smith,

Plaintiff(s),

v.

Rosebud Farmstand, et al.,

Defendant(s).

Case No.  11-cv-9147
Judge Dow

## <u>JUDGMENT IN A CIVIL CASE</u>

Pursuant to the Court's memorandum opinion entered on July 14, 2017 [337], judgment entered on September 16, 2016 [298] is hereby amended nunc pro tunc to July 14, 2017 as follows (check appropriate box):

☒     in favor of plaintiff(s) Robert Smith
and against defendant(s) Rosebud Farmstand, Rocky Mendoza and Carlos Castaneda.  The jury unanimously finds and awards, and the Court remitted or reduced pursuant to statute, as follows:

Claim I: Section I, Liability - (Sexual Harassment - Title VII) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II, compensatory damages award in the amount of $50,000.00; Part B, punitive damages award in the amount of $0.00.  Claim 2: Section I, Liability - (Racial Harassment - Section 1981) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II, compensatory damages award in the amount of $80,000.00; Part B, punitive damages award in the amount of $160,000.00.  Claim 3: Section I, Liability - (Retaliation) for the Plaintiff Robert Smith and against Defendant Rosebud Farmstand; Section II compensatory damages award in the amount of $60,000.00; Part B, punitive damages award in the amount of $120,000.00.  Claim 4: Section I, Liability - (Illinois Gender Violence Act) as to Defendant Carlos Castaneda: for the Plaintiff Robert Smith; Section II, compensatory damages award in the amount of $1,500.00; Part B, punitive damages award in the amount of $3,000.00. Claim 4: Section I, Liability - (Illinois Gender Violence Act) as to Defendant Roque Mendoza: for the Plaintiff Robert Smith; Section II, compensatory damages award in the amount of $1,000.00; Part B, punitive damages award in the amount of $2,000.00.

The Court awards Plaintiff $69,761.80 in back pay and $19,894.77 in prejudgment interest, which remains undisturbed by the remittitur order.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

Plaintiff has until July 28, 2017 to either accept or decline remittitur.  If Plaintiff declines remittitur, the Court will vacate this judgment and set a status hearing on a trial for damages only.

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐    other:

---

This action was *(check one)*:

☒ tried by a jury with Judge Robert M. Dow presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion

Date:   7/24/2017                                     Thomas G. Bruton, Clerk of Court
nunc pro tunc to 7/14/2017

                                                     C. Hoesly, Deputy Clerk