IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-CV-9147 |
| | ) | |
| ROSEBUD FARM, INC., DBA, ROSEBUD FARMSTAND, ROCKY MENDOZA, CARLOS CASTANEDA, PABLO VELASCO, ORLANDO ALARCON, LUIS ARAMBULA, MARCOS ROMERO, FREDERICO LOPEZ JOSÉ G MARTINEZ | ) | Honorable Judge Robert M. Dow Jr. |
| | ) | Jury Demand |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXECUTE AND ENTER MEMORANDUM OF JUDGMENT**

On 14 July 2017, the Honorable Judge Dow entered judgment against the defendants on all counts and claims and in favor of the plaintiff. This judgment was based upon the jury's verdict. The jury found in favor of the plaintiff on all claims and against the defendants.

The jury surrendered approximately one one-half weeks of their lives to consider and analyze the evidence carefully. The plaintiff's attorney has never had such a highly educated jury, that is, one juror being a PhD clinical psychologist, one juror being a PhD college president, one juror being a retired school district administrator and so forth. As the jury has made its decision, some may think and feel that all inferences and inclinations should be given to the plaintiff and against the defendants from all angles. Effectively, at every stage, all measures should be taken to protect the jury's verdict and His Honor's judgment.

Towards that end, the plaintiff has prepared a memorandum of judgment. Attached. The plaintiff respectfully requests that this Court execute the memorandum of judgment.

Wherefore, the plaintiff prays that this Court will grant the plaintiff's motion to execute and enter the attached memorandum of judgment.

Respectfully submitted,

_____
Joseph Anthony Longo

**J.M.J.**
**LONGO AND ASSOCIATES LTD.**
Joseph Anthony Longo
Attorney for Plaintiff
2100 West Haven
Mt. Prospect, IL   60056
(847) 640-9490
Longo-Associates@SBCglobal.net
Attorney No. 53635

## CERTIFICATE OF SERVICE

I, Joseph Anthony Longo, an attorney, certify that I served this PLAINTIFF'S MOTION TO EXECUTE AND ENTER MEMORANDUM OF JUDGMENT by electronic filing on 31 August 2017 before 5pm. Under penalties as provided by law pursuant to 735 ILCS, Sec 5/1-109, I certify that the statements set forth in this Certificate of Service are true and correct.

_____
Joseph Anthony Longo

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ROBERT SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ROSEBUD FARM, INC., DBA, ROSEBUD | ) | |
| FARMSTAND, ROCKY MENDOZA, | ) | |
| CARLOS CASTANEDA, | ) | |
| , | ) | |
| | ) | Honorable Judge Robert M. Dow Jr. |
| Defendants. | ) | Civil Action No. 11-CV-9147 |

## MEMORANDUM OF JUDGMENT

On 14 July 2017, judgment was entered in this Court and in favor of the plaintiff, Robert Smith, and against Rosebud Farm Inc. d/b/a Rosebud Farmstand whose address is 525 E. 130th St., Chicago, IL 60628. The amount of the judgment is $559,656.57.

_____
Honorable Judge Robert Michael Dow, Jr.

Date:_____

**J.M.J.**
**LONGO AND ASSOCIATES LTD.**
Joseph Anthony Longo
Attorney for Plaintiff
2100 West Haven
Mt. Prospect, IL   60056
(847) 640-9490
Longo-Associates@SBCglobal.net
Attorney No. 53635