# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 11-cv-9147 |
| v. ) | |
| ) | Judge Robert M. Dow, Jr. |
| ROSEBUD FARMSTAND, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiff's motion to execute and enter memorandum of judgment [366] is denied. In the federal courts, final judgments entered pursuant to Federal Rule of Civil Procedure 58 are entered on a specific form, the AO-450. See *Selective Ins. Co. v. City of Paris*, 769 F.3d 501, 507 (7th Cir. 2014). The final judgment in this case [339] was entered in conformity with that procedure. Execution on a money judgment is covered in Federal Rule of Civil Procedure 69, and the Court is not aware of any role that a "memorandum of judgment" such as that requested by Plaintiff might play in carrying out the procedures referenced in Rule 69. Notice of motion date of 9/6/2017 is stricken and no appearances are necessary on that date.

Dated: September 5, 2017

_____
Robert M. Dow, Jr.
United States District Judge