# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

August 2, 2018

Before:  WILLIAM J. BAUER, Circuit Judge
AMY C. BARRETT, Circuit Judge
AMY J. ST. EVE, Circuit Judge

| No. 17-2626 | ROBERT SMITH,<br>Plaintiff - Appellee<br><br>v.<br><br>ROSEBUD FARM, INC., d/b/a ROSEBUD FARMSTAND,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-09147<br>Northern District of Illinois, Eastern Division<br>District Judge Robert M. Dow ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.


form name: **c7_FinalJudgment**(form ID: **132**)